Bruce Berline, Esq.
Law Office of Bruce Berline LLC
Security Title Building, Second Floor
Isa Drive, Capitol Hill
P. O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Tel: (670) 233-3663
Email: bberline@gmail.com

Aaron Halegua
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
Tel: (646) 854-9061
Email: ah@aaronhalegua.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| REYNALDO ARTRERO MANILA, | Case No. 18-cv-0003 |
| Plaintiff, | **PLAINTIFF'S MOTION TO WAIVE FILING FEE** |
| v. | Hearing date: n/a |
| ROBERT GUERRERO AND JOSE K. PANGELINAN, | Hearing time: n/a |
| | Judge: Hon. Ramona V. Manglona |
| Defendants. | |

**COMES NOW**, Plaintiff Reynaldo Artrero Manila, by and through his counsel, to file this Motion to Waive Filing Fee, supported by the Declaration of Reynaldo Artrero Manila (the "Manila Declaration"), dated September 24, 2025. On December 19, 2023, the above-captioned matter was dismissed with prejudice pursuant to the stipulation of the parties following a settlement. (ECF No.

223). In March 2021, Plaintiff had been released from the custody of the Commonwealth of the Northern Mariana Islands Department of Corrections ("DOC").

This Court has found that Plaintiff Manila was required to pay the full filing fee for this matter, pursuant to the Prison Litigation Reform Act, which provides that courts have no authority to waive any portion of the filing fee for actions initiated by prisoners while they remain in custody, even if the action has been settled or dismissed. (ECF No. 6, at 1–2). To date, Plaintiff Manila has paid $42.72 of the filing fee, leaving an outstanding balance of $357.28. Accordingly, on August 25, 2025, the Court issued an Order to Show Cause against Plaintiff, directing Plaintiff Manila to show cause why the remainder of the filing fee should not be collected. (ECF No. 233 (the "OSC")). In the OSC, the Court stated that Plaintiff Manila could discharge the OSC by either: 1) paying the remaining amount of the filing fee, or 2) submitting a new application to proceed in forma pauperis along with a sworn statement that he is no longer in DOC custody. (OSC at 2).

On September 25, 2025, Plaintiff Manila filed an Application to Proceed in District Court without Prepaying Fees or Costs. (ECF No. 234). In addition, Plaintiff Manila has now submitted a sworn statement that he is no longer in DOC custody. (Manila Decl., ¶¶ 4, 7).

Most circuits agree that courts may waive the filing fee for plaintiffs who initiate actions as prisoners but are released before paying the full fee. *DeBlasio v. Gilmore*, 315 F.3d 396, 398–99 (4th Cir. 2003); *In re Prison Litig. Reform Act*, 104 F.3d 1131, 1138–39 (6th Cir. 1997); *McGann v. Soc. Sec. Admin. Comm'r*, 96 F.3d 28, 30 (2d Cir. 1996); *Brown v. Eppler*, 725 F.3d 1221, 1231 (10th Cir. 2013). In the OSC, the Court stated that it agrees with this approach, which has also been followed by other Ninth Circuit district courts. (OSC at 2) (citing *Adler v. Gonzalez*, No. 1:11-CV-1915-LJO, 2015 WL 4041772, at *2 (E.D. Cal. July 1, 2015), report and recommendation adopted, 2015 WL 4668668 (E.D. Cal. Aug. 6, 2015)). Plaintiff Manila has now certified that he was released

from DOC custody in March 2021. (Manila Decl., ¶¶ 4, 7). He has also certified that he is currently not making any income and has no assets. (Manila Decl., ¶ 7). In addition, Plaintiff Manila has filed an Application to Proceed in District Court without Prepaying Fees or Costs. Accordingly, Plaintiff Manila respectfully requests that this Court waive the outstanding balance of the filing fee and find that the OSC has been discharged.

DATED this 25th day of September, 2025.

Respectfully submitted,

_____/s/_____
Aaron Halegua
Bruce Berline

Attorneys for Plaintiff