Bruce Berline, Esq.
LAW OFFICE OF BRUCE BERLINE LLC
Security Title Building, Second Floor
Isa Drive, Capitol Hill
P. O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Tel: (670) 233-3663
Email: bberline@gmail.com

Aaron Halegua
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
Tel: (646) 854-9061
Email: ah@aaronhalegua.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| REYNALDO ARTRERO MANILA,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT GUERRERO AND JOSE K. PANGELINAN,<br><br>            Defendants. | Case No. 18-cv-0003<br><br>**DECLARATION OF REYNALDO ARTRERO MANILA IN SUPPORT OF PLAINTIFF'S MOTION TO WAIVE FILING FEE**<br><br>Hearing date: n/a<br>Hearing time: n/a<br>Judge: Hon. Ramona V. Manglona |

I, REYNALDO ARTRERO MANILA, hereby declare:

   1.   I am the Plaintiff in the above-referenced action (the "Litigation").

   2.   I make this declaration in support of Plaintiff Manila's Motion to Waive Filing Fee.

   3.   On December 19, 2023, the Litigation was dismissed after a settlement was reached.

4. In March 2021, I was released from the custody of the Commonwealth of the Northern Mariana Islands Department of Corrections ("DOC").

5. I understand that because I was an inmate when the Litigation commenced, the Court found that I was required to pay the full filing fee.

6. I was recently made aware that, although I had paid $42.72 of the filing fee, the Court had assessed that I still owed a balance of $357.28.

7. Because I am no longer in DOC custody, and I am not earning any income nor do I have any assets, I respectfully request that the Court waive the outstanding balance of the filing fee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Santa Cruz, Zambales, Philippines on the 24th day of September, 2025.

                                                       /s/
                                        Reynaldo Artrero Manila